| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MINNESOTA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
RCM SPECIALTIES, INC.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
41-1940353

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12090 MARGO AVENUE SOUTH<br>HASTINGS, MN 55033 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| DAKOTA | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **RCM SPECIALTIES, INC.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **1611**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **RCM SPECIALTIES, INC.**　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**　　　　　　　　　Relationship
District _____　When _____　Case number, if known _____

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
■ 1-49　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　　 ☐ 5001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　　☐ 10,001-25,000　　　☐ More than100,000
☐ 200-999

**15.** **Estimated Assets**
■ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　 ☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　☐ More than $50 billion

**16.** **Estimated liabilities**　☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

---

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor **RCM SPECIALTIES, INC.**  Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **RCM SPECIALTIES, INC.**     Case number (*if known*)
   Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 4, 2025**
                  MM / DD / YYYY

**X /s/ MEGAN C. CONNELLY**           **MEGAN C. CONNELLY**
Signature of authorized representative of debtor     Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X /s/ BRIAN A. GRAVELY**        Date **April 4, 2025**
Signature of attorney for debtor               MM / DD / YYYY

**BRIAN A. GRAVELY 336749**
Printed name

**DUDLEY AND SMITH, P.A.**
Firm name

**1295 NORTHLAND DRIVE
SUITE 250
MENDOTA HEIGHTS, MN 55120**
Number, Street, City, State & ZIP Code

Contact phone **651-291-1717**     Email address **bgravely@dudleyandsmith.com**

**336749 MN**
Bar number and State

Debtor **RCM SPECIALTIES, INC.**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF MINNESOTA

Case number (*if known*) _____ Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **RCM EQUPMENT COMPANY, LLC** | | Relationship to you | **SUBSIDIARY** | |
| District | **MINNESOTA** | When **4/01/25** | Case number, if known | **PENDING** | |
| Debtor | **RCM MANUFACTURING INCORPORATED** | | Relationship to you | **AFFILIATE** | |
| District | **MINNESOTA** | When **4/01/25** | Case number, if known | **PENDING** | |

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　page 6

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RCM SPECIALTIES, INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ACE TRAILER SALES<br>12090 MARGO AVENUE SOUTH<br>HASTINGS, MN 55033 | | MONEY LOANED | | | | $10,000.00 |
| AMERICAN EXPRESS<br>PO BOX 60189<br>CITY OF INDUSTRY, CA 91716-0189 | | LINE OF CREDIT | | | | $105,256.02 |
| AMERICAN EXPRESS<br>PO BOX 60189<br>CITY OF INDUSTRY, CA 91716-0189 | | MERCHANDISE | | | | $27,838.70 |
| BETH YELENSKY<br>N2494 620TH STREET<br>BAY CITY, WI 54723 | | MONEY LOANED | | | | $26,853.00 |
| CAPITAL ONE BUSINESS<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 | | MERCHANDISE | | | | $3,565.27 |
| CHASE CARDMEMBER SVC<br>PO BOX 6294<br>CAROL STREAM, IL 60197-6294 | | MERCHANDISE | | | | $2,683.00 |
| CITY LAUNDERING COMPANY<br>2975 INDUSTRIAL DRIVE<br>FARIBAULT, MN 55021 | | SERVICES | | | | $1,155.50 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

| Debtor | RCM SPECIALTIES, INC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CORPORATE TECHNOLOGIES LLC  6210 BURY DRIVE  EDEN PRAIRIE, MN 55346 | | SERVICES | | | | $945.00 |
| FIRST NATIONAL BANK OF OMAHA  PO BOX 2557  OMAHA, NE 68103-2557 | | MERCHANDISE | | | | $4,852.74 |
| FLEETPRIDE  600 EAST LAS COLINAS BLVD  SUITE 400  IRVING, TX 75039 | | MERCHANDISE | | | | $271.74 |
| GM FINANCIAL  PO BOX 78143  PHOENIX, AZ 85062-8143 | | 2019 GMC SIERRA; VIN: 1GT42WEY8KF223044 | | $3,360.91 | $0.00 | $3,360.91 |
| GM FINANCIAL  PO BOX 78143  PHOENIX, AZ 85062-8143 | | 2020 CHEVROLET SILVERADO; VIN: 1GC4YTE72LF347333 | | $26,052.87 | $0.00 | $26,052.87 |
| INGRAM MICRO  3351 MICHELSON DRIVE  SUITE 100  IRVINE, CA 92612 | | MERCHANDISE | | | | $943.66 |
| KATH FUEL OIL SERVICE  3096 RICE STREET  ROSEVILLE, MN 55113 | | FUEL SERVICE | | | | $996.69 |
| MEGAN C. CONNELLY  170 TOWER ROAD  PRESCOTT, WI 54021 | | MONEY LOANED | | | | $22,363.39 |
| MINNEAPOLIS OXYGEN  3842 NORTH WASHINGTON AVENUE  MINNEAPOLIS, MN 55412 | | SERVICES | | | | $291.60 |
| NAPA AUTO PARTS  2999 WILDWOOD PARKWAY  ATLANTA, GA 30339 | | MERCHANDISE | | | | $127.90 |

| Debtor | **RCM SPECIALTIES, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **O'REILLY AUTO PARTS**<br>**233 SOUTH PATTERSON AVENUE**<br>**SPRINGFIELD, MO 65802** | | **MERCHANDISE** | | | | $76.47 |
| **POWDER COATING SOLUTIONS**<br>**1115 NORTH 7TH STREET**<br>**LAKE CITY, MN 55041** | | **MERCHANDISE** | | | | $900.00 |
| **VAN METER INC.**<br>**850 32ND AVENUE SW**<br>**CEDAR RAPIDS, IA 52404** | | **MERCHANDISE** | | | | $582.36 |

.

ABLE HOSE & RUBBER
2340 COUNTY ROAD C WEST
SUITE 150
ROSEVILLE MN 55113


ACE TRAILER SALES
12090 MARGO AVENUE SOUTH
HASTINGS MN 55033


AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189


BETH YELENSKY
N2494 620TH STREET
BAY CITY WI 54723


CAPITAL ONE BUSINESS
1680 CAPITAL ONE DRIVE
MCLEAN VA 22102


CENTERPOINT ENERGY
PO BOX 4671
HOUSTON TX 77210-4671


CHASE CARDMEMBER SVC
PO BOX 6294
CAROL STREAM IL 60197-6294


CITY LAUNDERING COMPANY
2975 INDUSTRIAL DRIVE
FARIBAULT MN 55021


COMCAST BUSINESS
1701 JOHN F. KENNEDY BLVD
PHILADELPHIA PA 19103

CORPORATE TECHNOLOGIES LLC
6210 BURY DRIVE
EDEN PRAIRIE MN 55346


FERGUSON
751 LAKEFRONT COMMONS
NEWPORT NEWS VA 23606


FIRST NATIONAL BANK OF OMAHA
PO BOX 2557
OMAHA NE 68103-2557


FLEETPRIDE
600 EAST LAS COLINAS BLVD
SUITE 400
IRVING TX 75039


FOURSIGHT, LLC
12090 MARGO AVENUE SOUTH
HASTINGS MN 55033


GM FINANCIAL
PO BOX 78143
PHOENIX AZ 85062-8143


INGRAM MICRO
3351 MICHELSON DRIVE
SUITE 100
IRVINE CA 92612


KATH FUEL OIL SERVICE
3096 RICE STREET
ROSEVILLE MN 55113


MEGAN C. CONNELLY
170 TOWER ROAD
PRESCOTT WI 54021

```
MINNEAPOLIS OXYGEN
3842 NORTH WASHINGTON AVENUE
MINNEAPOLIS MN 55412



NAPA AUTO PARTS
2999 WILDWOOD PARKWAY
ATLANTA GA 30339



O'REILLY AUTO PARTS
233 SOUTH PATTERSON AVENUE
SPRINGFIELD MO 65802



POWDER COATING SOLUTIONS
1115 NORTH 7TH STREET
LAKE CITY MN 55041



RUNNINGS SUPPLY
901 NORTH HIGHWAY 59
MARSHALL MN 56258



SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
WASHINGTON DC 20416



VAN METER INC.
850 32ND AVENUE SW
CEDAR RAPIDS IA 52404



VERMILLION STATE BANK
107 EAST MAIN STREET
VERMILLION MN 55085



XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484
```